WINFIELD H. BOSSOUT, Respondent, *v.* THE ROME, WATERTOWN AND OGDENSBURG RAILROAD COMPANY, Appellant.

(Argued March 13, 1891; decided April 14, 1891.)

APPEAL from order of the General Term of the Supreme Court in the fourth judicial department, made July 1, 1890, which reversed a judgment entered upon an order dismissing the complaint on trial at Circuit and granted a new trial.

*William H. Gilman* for appellant.

*D. G. Griffin* for respondent.

Agree to affirm on opinion below.

All concur.

Judgment affirmed and judgment absolute ordered on stipulation for plaintiff.

---

WILLIAM H. TOWNSEND, Respondent, *v.* ROBERT ALLEN, JR., as Executor, etc., Impleaded, etc., Appellant.

(Argued March 13, 1891; decided April 14, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made October 6, 1890, which affirmed a judgment in favor of plaintiff, entered upon the report of a referee.

*John R. Tresidder* for appellant.

*William Man* for respondent.

Agree to affirm ; no opinion.

All concur.

Judgment affirmed.